IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br><br>        Defendant | Case No. 13-cv-01191 |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with Local Rule 83.1(d), the undersigned respectfully moves for the admission *pro hac vice* of Edward Broderick of Broderick Law, P.C., 125 Summer St., Suite 1030, Boston, MA 02110, PH: (508) 221-1510, FAX: (617) 830-0327, for purposes of appearance as co-counsel on behalf of Plaintiff Diana Mey in the above-styled case only, and in support thereof states as follows:

   1. Edward Broderick is not admitted to practice in the District of Connecticut and is a member in good standing of the following bars:

   a. State of Massachusetts, admitted December 19, 1994.

   b. United States District Court for the District of Massachusetts, admitted November 22, 1996.

   c. United States District Court for the District of Colorado, admitted January 27, 2012.

1

2. In accordance with the local rules of this Court, Edward Broderick has made payment of this Court's $75 admission fee. A certification in accordance with Rule 83.1(d) is attached hereto.

WHEREFORE, Nicholas Cicale, moves this Court to enter an Order permitting Edward Broderick, to appear before this Court on behalf of Plaintiff Diana Mey for all purposes relating to the proceedings in the above-styled matter.

Respectfully submitted,

/s/ Nicholas J. Cicale
Nicholas J. Cicale, Esq.
CEnergy Law
24 Camp Avenue
P.O. Box 4658
Stamford, CT 06907
(203) 516-0668
nicholascicale@cenergylaw.com
Federal Bar No. ct29283