## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly
situated,

        Plaintiff

vs.

FRONTIER COMMUNICATIONS
CORPORATION

        Defendant

Case No. 3:13-cv-01191

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.1(d), the undersigned respectfully moves for the admission *pro hac vice* of John W. Barrett of Bailey & Glasser, LLP, 209 Capitol Street, Charleston, West Virginia, 25301; Phone: (304) 345-6555, Fax: (304) 342-1110, Email: jbarrett@baileyglasser.com, for purposes of appearance as co-counsel on behalf of Plaintiff Diana Mey in the above-styled case only, and in support thereof states as follows:

    1.    John W. Barrett is not admitted to practice in the District of Connecticut and is a member in good standing of the bar of the State of West Virginia, admitted on January 14, 1997 (West Virginia State Bar No. 7289).

    2.    In accordance with the local rules of this Court, John W. Barrett has made payment of this Court's $75 admission fee. A certification in accordance with Rule 83.1(d) is attached hereto.

WHEREFORE, Nicholas Cicale, moves this Court to enter an Order permitting John W. Barrett, to appear before this Court on behalf of Plaintiff Diana Mey for all purposes relating to the proceedings in the above-styled matter.

Respectfully submitted,

/s/ Nicholas J. Cicale
Nicholas J. Cicale, Esq.
CEnergy Law
24 Camp Avenue
P.O. Box 4658
Stamford, CT 06907
(203) 516-0668
nicholascicale@cenergylaw.com
Federal Bar No. ct29283