IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORPORATION <br> Defendant. | Civil Action No. 13-cv-01191 |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.1(d), the undersigned respectfully moves for the admission *pro hac vice* of Henry T. Kelly of the firm Kelley Drye & Warren LLP, 333 W. Wacker Drive, Suite 2600, Chicago, Illinois 60606, Telephone (312) 857-2350, Fax (312) 857-7095, for the purpose of representing Frontier Communications Corporation in this matter. In support, undersigned counsel states Henry T. Kelly is a partner at the law firm Kelley Drye & Warren LLP and is a member of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois in good standing. There are no disciplinary proceedings pending against him in any jurisdiction.

In accordance with the local rules of this Court, Henry T. Kelly has made payment of this Court's $75.00 admission fee. Mr. Kelly's required Affidavit and Certificate of Good Standing are attached hereto.

WHEREFORE, James Moriarty, moves this Court to enter an Order permitting Henry T. Kelly, to appear before this Court on behalf of Defendant Frontier Communications Corporation for all purposes relating to the proceedings in this matter.

THE DEFENDANT
FRONTIER COMMUNICATIONS CORPORATION


By:_____/s/ James M. Moriarty_____
    James M. Moriarty (ct21876)
    KELLEY DRYE & WARREN LLP
    400 Atlantic Street
    Stamford, Connecticut  06901
    Phone:  (203) 351-8034
    Fax:  (203) 327-2669
    jmoriarty@kelleydrye.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br>Defendant. | Civil Action No. 13-cv-01191 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2013, a copy of foregoing Motion to Appear Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ James M. Moriarty
James M. Moriarty (ct21876)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, Connecticut 06901
Phone: (203) 351-8034
Fax: (203) 327-2669
jmoriarty@kelleydrye.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br>　　　　　　　Defendant. | Civil Action No.  13-cv-01191 |

## AFFIDAVIT OF HENRY T. KELLY

Henry T. Kelly, attorney-at-law, pursuant to Local Rule 83.1(d), hereby certifies that:

1. I am a partner at the law firm of Kelley Drye & Warren LLP, 333 W. Wacker Drive, Suite 2600, Chicago, Illinois 60606, Telephone (312) 857-2350, Fax (312) 857-7095, Email: HKelly@kelleydrye.com.

2. I have not had any disciplinary proceedings against me in any jurisdiction.

3. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

4. I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate the moving attorney-at-law James M. Moriarty at the law firm of Kelley Drye & Warren, 400 Atlantic Street, Stamford, CT 06901, (203) 324-8034, as the

sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

6. I am a member in good standing of the following bars and Courts:

    a. State of Illinois, admitted November 1987; IL State Bar No. 6196301;

    b. Supreme Court of Illinois, admitted November 1987;

    c. U.S. District Court for the Northern District of Illinois, November 1987;

    d. District of Columbia Bar, admitted January 2008, Bar No. 983168;

    e. United States Supreme Court, admitted 1996;

    f. District of Columbia Court of Appeals, admitted September 2008;

    g. US Court of Appeals for the Seventh Circuit, admitted September 1992;

    h. US District Court for the Central District of Illinois, admitted December 2010;

    i. US District Court for the Sourthern District of Illinois, admitted March 2008;

    j. US District Court for the Western District of Wisconsin, admitted November 2011.

October 11, 2013

By: _____
Henry T. Kelly

-2-

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Henry T. Kelly

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1987 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, September 26, 2013.

*Carolyn Taft Grosboll*

Clerk