IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br>    Defendant. | Civil Action No.   13-cv-01191 |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.1(d), the undersigned respectfully moves for the admission *pro hac vice* of Lauri A. Mazzuchetti of the firm Kelley Drye & Warren LLP, 200 Kimball Drive, Parsippany, New Jersey 07054, Telephone (973) 503-5910, Fax (973) 503-5950, for the purpose of representing defendant Frontier Communications Corporation in this matter. In support, undersigned counsel states as follows:

1. Attorney Lauri A. Mazzuchetti is a partner at the law firm Kelley Drye & Warren LLP and is a member of the bar of the State of New Jersey and the United States District Court for the District of New Jersey in good standing. She is also a member in good standing of the United States District Court for the Central District of Illinois, as well as the U.S. Court of Appeals for the Second, Third, Seventh, and Ninth Circuits.

2. There are no disciplinary proceedings pending against her in any jurisdiction.

3. In accordance with the local rules of this Court, Lauri A. Mazzuchetti has made payment of this Court's $75.00 admission fee. Ms. Mazzuchetti's required Affidavit and Certificate of Good Standing are attached hereto.

WHEREFORE, James Moriarty, moves this Court to enter an Order permitting Lauri A. Mazzuchetti, to appear before this Court on behalf of Defendant Frontier Communications Corporation for all purposes relating to the proceedings in this matter.

                    THE DEFENDANT
                    FRONTIER COMMUNICATIONS
                    CORPORATION

By: /s/ James M. Moriarty
     James M. Moriarty (ct21876)
     KELLEY DRYE & WARREN LLP
     400 Atlantic Street
     Stamford, CT 06901
     Phone: (203) 324-8034
     Fax: (203) 327-2669
     jmoriarty@kelleydrye.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>              Defendants. | CIVIL ACTION NO. 3:13-cv-01191-RNC |

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2013, a copy of foregoing Motion to Appear Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                  By: /s/ *James M. Moriarty*
                                                                  James M. Moriarty (ct 21876)
                                                                  KELLEY DRYE & WARREN LLP
                                                                  400 Atlantic Avenue
                                                                  Stamford, Connecticut 06901
                                                                  Phone: (203) 351-8013
                                                                  Fax: (203) 327-2669
                                                                  jmoriarty@kelleydrye.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br>Defendant. | Civil Action No.   13-cv-01191 |

### AFFIDAVIT OF LAURI A. MAZZUCHETTI

Lauri A. Mazzuchetti, attorney-at-law, pursuant to Local Rule 83.1(d), hereby certifies that:

1. I am a partner of the law firm of Kelley Drye & Warren LLP, 200 Kimball Drive, Parsippany, New Jersey 07054, Telephone (973) 503-5910, Fax (973) 503-5950, Email: Lmazzuchetti@kelleydrye.com.

2. I have not had any disciplinary proceedings against me in any jurisdiction.

3. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

4. I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate the moving attorney-at-law James M. Moriarty at the law firm of Kelley Drye & Warren, 400 Atlantic Street, Stamford, CT 06901, (203) 324-8034, as the

-2-

sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

6. I am a member in good standing of the following bars and Courts:

   a. State of New Jersey, admitted January 2000; NJ State Bar No. 038481999;

   b. Supreme Court of New Jersey, admitted January 2000; U.S. District Court for the District of New Jersey, January 2001

   c. US Court of Appeals for the Second Circuit, admitted May 2012; US Court of Appeals for the Third Circuit, admitted August 2005; US Court of Appeals for the Ninth Circuit, admitted October 2006; US Court of Appeals for the Seventh Circuit, admitted June 2013;

   d. US District Court for the Central District of Illinois, admitted December 2010.

7. Attached hereto is a Certificate of Good Standing with respect to my admission in the State of New Jersey.

October 15, 2013

By: /s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **LAURI A MAZZUCHETTI**
*(No.* **038481999** *) was constituted and appointed an Attorney at Law of New Jersey on* **January 03, 2000** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **30TH** *day of* **September** *, 20* **13**.

*Clerk of the Supreme Court*

-453a-