UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>   v.<br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>       Defendants. | CIVIL ACTION NO. 3:13-cv-01191-RNC |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Defendant's Rule 68 Offer of Judgment was served upon Plaintiff via email this 9th day of December 2013, to the following counsel of record for Plaintiff:

        Anthony Paronich
        Broderick Law, P.C.
        125 Summer St.
        Suite 1030
        Boston, MA 02110
        508-221-1510
        Fax: 617-830-0327
        Email: anthony@broderick-law.com

        Edward Broderick
        Broderick Law, P.C.
        125 Summer St.
        Suite 1030
        Boston, MA 02110
        617-738-7080
        Fax: 617-830-0327
        Email: ted@broderick-law.com

John W. Barrett
Bailey & Glasser, LLP
209 Capitol St.
Charleston, WV 25301
304-345-6555
Fax: 304-342-1110
Email: jbarrett@baileyglasser.com

Nicholas John Cicale
Law Office of Nicholas J. Cicale
21 White Gate Road
Oxford, CT 06478
203-305-2558
Email: nicholascicale@cenergylaw.com

                                        */s/ James M. Moriarty*____
                                         James M. Moriarty

**Error! Unknown document property name.**