**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT**

**DIANA MEY, individually and on behalf of a
class of all persons and entities similarly
situated,**

      **Plaintiffs,**

**v.**                                           **Case No. 3:13-cv-01191**

**FRONTIER COMMUNICATIONS CORPORATION**

      **Defendant.**

## MOTION TO APPEAR PRO HAC VICE

In accord with Local Rule 83.1(d), the undersigned respectfully moves for the admission *pro hac vice* of Matthew P. McCue, of the Law Office of Matthew P. McCue, 1 South Ave., Natick, MA 01760, Ph: 508 655 1415; Fax 508 319 3077, e-mail mmccue@massattorneys.net, Massachusetts Board of Bar Overseers #565319, for purposes of appearance as co- counsel on behalf of Plaintiff Diana Mey in the above styled case only, and in support states as follows:

Matthew McCue is not admitted to practice in the District of Connecticut and is a member in good standing of the bar of the Commonwealth of Massachusetts (January 24, 1994) and the United States District Court for the District of Massachusetts (January, 1994).  In accordance with the local rules of this Court, Matthew McCue has made payment of this Court's $75 admission fee.  A certification of good standing in accordance with Rule 83.1(d) is attached hereto.

WHEREFORE, Nicholas Cicale, moves this Court to enter an Order permitting Matthew McCue to appear before this Court on behalf of Diana Mey for all purposes relating to the proceedings in the above-styled matter.

Respectfully submitted,


/s/ Nicholas J. Cicale
Nicholas J. Cicale, Esq.
CEnergy Law
24 Camp Ave.
PO Box 4658
Stamford, CT 06907
(203) 516-0668
nicholascicale@cenergylaw.com
Federal Bar No. ct29283