# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Diana Mey** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | 3:13-cv-01191-RNC |
| **Frontier Communications Corp.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Frontier Communications Corp.**

Date:   Jun 17, 2014

*Attorney's signature*

**James E. Nealon (ct08161)**
*Printed name and bar number*

**Kelley Drye & Warren LLP**
**400 Atlantic Street**
**Stamford, CT  06901**
*Address*

**jnealon@kelleydrye.com;** docketing@kelleydrye.cc
*E-mail address*

**(203) 324-1400**
*Telephone number*

**(203) 327-2669**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 17, 2014**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Attorney's signature