## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>          Defendant. | Case No. 13-cv-01191-JAM<br><br>November 4, 2014 |

## MOTION FOR ADMISSION OF
## MICHAEL Y. SCUDDER, JR. AS VISITING LAWYER

Stephen C. Robinson, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of attorney Michael Y. Scudder, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP as a visiting lawyer to represent defendant Frontier Communications Corporation in the above-captioned action. In support of this motion, the Affidavit of Michael Y. Scudder, Jr. and a certificate of good standing are attached hereto.

A payment of $75.00 accompanies this motion. Service of all papers shall be made upon Stephen C. Robinson at Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036.

                                        Respectfully submitted,

                                        By:  /s/ Stephen C. Robinson
                                        Stephen C. Robinson (CT Bar No. 413583)
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        4 Times Square
                                        New York, NY 10036
                                        Phone: (212) 735-3000
                                        Fax: (212) 735-2000
                                        stephen.robinson@skadden.com

                                        *Attorney for Frontier Communications Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 4, 2014, a copy of the foregoing Motion for Admission of Michael Y. Scudder, Jr. as Visiting Lawyer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              By: */s/* Stephen C. Robinson  
                                              Stephen C. Robinson (CT Bar No. 413583)  
                                              Skadden, Arps, Slate, Meagher & Flom LLP  
                                              4 Times Square  
                                              New York, NY 10036  
                                              Phone: (212) 735-3000  
                                              Fax: (212) 735-2000  
                                              stephen.robinson@skadden.com

                                              *Attorney for Frontier Communications Corporation*