UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>   Defendant. | Case No. 13-cv-01191-MPS<br><br>November 25, 2014 |

## MOTION TO WITHDRAW PRO HAC VICE MOTION

  Stephen C. Robinson respectfully moves to withdraw, without prejudice, his motion for attorney John H. Beisner to be admitted pro hac vice, filed on November 20, 2014 in the above-captioned action.

          Respectfully submitted,

          By: _/s/ Stephen C. Robinson_____
          Stephen C. Robinson
          Skadden, Arps, Slate, Meagher & Flom LLP
          4 Times Square
          New York, NY 10036
          Phone: (212) 735-3000
          Fax: (212) 735-2000
          stephen.robinson@skadden.com

          *Attorney for Frontier Communications Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 25, 2014, a copy of the foregoing Motion to Withdraw Pro Hac Vice Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/* Stephen C. Robinson
Stephen C. Robinson (CT Bar No. 413583)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
stephen.robinson@skadden.com

*Attorney for Frontier Communications Corporation*