UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>         Defendant. | Case No. 13-cv-01191-MPS<br><br>November 25, 2014 |

**AMENDED MOTION FOR ADMISSION OF
<u>JOHN H. BEISNER AS VISITING LAWYER</u>**

Stephen C. Robinson, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of attorney John H. Beisner of Skadden, Arps, Slate, Meagher & Flom LLP as a visiting lawyer to represent defendant Frontier Communications Corporation in the above-captioned action. In support of this motion, the Affidavit of John H. Beisner and a certificate of good standing are attached hereto.

A payment of $75.00 accompanies this motion. Service of all papers shall be made upon James E. Nealon, Kelley Drye & Warren LLP, 400 Atlantic Street, Stamford, CT 06901.

    Respectfully submitted,

    By: <u>/s/ Stephen C. Robinson</u>
    Stephen C. Robinson
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    New York, NY 10036
    Phone: (212) 735-3000
    Fax: (212) 735-2000
    stephen.robinson@skadden.com

    *Attorney for Frontier Communications Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 25, 2014, a copy of the foregoing Amended Motion for Admission of John H. Beisner as Visiting Lawyer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/* Stephen C. Robinson
Stephen C. Robinson (CT Bar No. 413583)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
stephen.robinson@skadden.com

*Attorney for Frontier Communications Corporation*