UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>        Defendant. | Case No. 13-cv-01191 (MPS) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e) the undersigned respectfully move for an Order permitting the withdrawal of their appearance on behalf of defendant Frontier Communications Corporation. The undersigned state that attorneys Stephen C. Robinson, Michael Y. Scudder, and John H. Beisner from the law firm of Skadden, Arps, Slate, Meagher, and Flom are no longer representing Frontier in this matter. The undersigned further state that Frontier will continue to be represented in this matter by Elizabeth Swedock, Lauri Mazzuchetti, and Henry Kelly of Kelley Drye & Warren, all of whom have appeared on behalf of Frontier.

Pursuant to D. Conn. L. Civ. R. 7(e) the undersigned counsel certify that a copy of the foregoing Motion to Withdraw Appearance has been personally served on Frontier through its counsel of record.

DATED: August 12, 2015                              /s/ *Michael Y. Scudder*
                                                                      Michael Y. Scudder, Jr. (IL # 6257191)
                                                                      (admitted *pro hac vice*)
                                                                      Skadden, Arps, Slate, Meagher & Flom LLP

155 North Wacker Drive
Chicago, IL 60606
Phone: (312) 407-0877
Fax: (312) 827-9477
Email: michael.scudder@skadden.com

Stephen C. Robinson (CT # 413583)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000
Email: stephen.robinson@skadden.com

John H. Beisner (D.C. # 320747)
(admitted *pro hac vice*)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 371 -7410
Fax: (202) 661-8301
Email: john.beisner@skadden.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>    Defendant. | Case No. 13-cv-01191 (MPS) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, a copy of foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

DATED: August 12, 2015          /s/ *Michael Y. Scudder*
                                Michael Y. Scudder, Jr. (IL # 6257191)
                                (admitted *pro hac vice*)
                                Skadden, Arps, Slate, Meagher & Flom LLP
                                155 North Wacker Drive
                                Chicago, IL 60606
                                Phone: (312) 407-0877
                                Fax: (312) 827-9477
                                Email: michael.scudder@skadden.com