UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION,<br><br>        Defendant. | Case No. 13-cv-01191 (MPS) |

MOTION FOR ADMISSION OF
VISITING ATTORNEY ARCHIS A. PARASHARAMI, ESQ.

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, Elizabeth W. Swedock, Esq., a member of the Bar of this Court and an associate with the law firm of Kelley Drye & Warren LLP, respectfully moves this Court for an Order admitting Archis A. Parasharami, Esq. as a visiting attorney on behalf of Defendant Frontier Communications Corporation ("Frontier"). In further support of the motion, the undersigned represents the following:

    1.     Frontier has retained Attorney Archis A. Parasharami to represent it in this matter and other matters related to this proceeding. Attorney Parasharami's contact information is as follows:

>Archis A. Parasharami
>MAYER BROWN LLP
>1999 K Street, N.W.
>Washington, DC 20006-1101
>Tel: (202) 263-3328
>Fax: (202) 263-5328
>Email: aparasharami@mayerbrown.com

2. Attorney Parasharami is a member in good standing of the bar of the District of Columbia and the State of New York. He is also admitted to practice before the following District and Appellate Courts:

>US Supreme Court, April 19, 2010
>US Court of Appeals for the Second Circuit, December 13, 2011
>US Court of Appeals for the Third Circuit, April 16, 2003
>US Court of Appeals for the Fourth Circuit, July 20, 2007
>US Court of Appeals for the Fifth Circuit, January 5, 2015
>US Court of Appeals for the Seventh Circuit, August 19, 2011
>US Court of Appeals for the Eighth Circuit, April 5, 2012
>US Court of Appeals for the Ninth Circuit, December 14, 2006
>US Court of Appeals for the Tenth Circuit, February 14, 2012
>US Court of Appeals for the Eleventh Circuit, November 13, 2008
>US District Court of the District of Columbia, March 1, 2004
>US District Court for the Central District of Illinois, January 5, 2015
>US District Court for the Northern District of Illinois, February 11, 2008
>US District Court for the Southern District of Illinois, January 10, 2014
>US District Court for the District of Maryland, September 4, 2015
>US District Court for the Eastern District of Michigan, February 11, 2009
>US District Court for the District of Nebraska, April 16, 2010
>US District Court for the Eastern District of New York, April 10, 2015
>US District Court for the Southern District of New York, April 10, 2015
>US District Court for the Eastern District of Wisconsin, March 5, 2014

3. Attorney Parasharami has not been denied admission or disciplined by any court to the best of his knowledge. There are no disciplinary actions pending against him.

4. Attorney Parasharami has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A. The affidavit provides additional details concerning his practice as required by Local Rule 83.1(d).

5.      The undersigned respectfully requests that, pursuant to D. Conn. L. Civ. R. 83.1(d), in the event that this motion is granted, she be excused from attendance at proceedings. In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Attorney Parasharami.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Archis A. Parasharami, Esq. permission to appear as a visiting attorney in this matter.

Respectfully submitted,

*/s/ Elizabeth W. Swedock*
Elizabeth W. Swedock (ct28907)
KELLEY DRYE & WARREN LLP
201 Broad Street
Canterbury Green
Stamford, CT 06901
Tel: (203) 324-1400
Fax: (203) 327-2669
E-mail: eswedock@kelleydrye.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Elizabeth W. Swedock (ct28907)*
KELLEY DRYE & WARREN LLP
201 Broad Street
Canterbury Green
Stamford, CT 06901
Tel: (203) 324-1400
Fax: (203) 327-2669
E-mail: eswedock@kelleydrye.com