UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>FRONTIER COMMUNICATIONS CORPORATION<br><br>Defendant | Case No.  3:13-1191-MPS<br><br>**DECLARATION OF JAY GERACI ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING LETTERS SENT TO AFFECTED CLASS MEMBERS IN EFFORT TO OBTAIN NEEDED W9 FORMS** |

I, JAY GERACI declare as follows:

1. I am employed as a Senior Project Manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th St, Louisville, KY. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. As the administrator, I oversee all aspects of the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. As directed by the Court's Order dated August 9, 2018, D.E. 167, attached hereto as Exhibit A are a true and accurate exemplars of the series of letters sent by first class mail, postage prepaid, to class members who had not provided W9 forms.

3. The letters attached as Exhibit A were sent on July 24, 2017, November 16, 2017 and January 5, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 9th day of August 2018 in San Rafael, California.

_____
JAY GERACI

# Exhibit A

**Frontier TCPA Class Action Settlement Administrator**
P.O. Box 43009
Providence, RI 02940-3009

**FRM**

«Barcode»
Postal Service: Please do not mark barcode

Claim#: FRM-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

Name/Address Changes (if any):

First Name _____  Last Name _____

Address _____

City _____ , State ___ Zip ___

«MailDate»

Re: *Diana Mey v. Frontier Communications Corporation* Class Action Settlement Payment

Dear «First1» «Last1»:

The settlement of the case has been approved by the Court. Before we can mail checks, we need the enclosed Substitute W-9 IRS form (W-9) **completed, signed and returned within thirty days of the above date.**

You are entitled to a payment of «PaymentAmount».

The settlement payments are taxable as miscellaneous income on form 1099-MISC. The IRS regulations require us to report payments of more than $600 to any person. In order to properly report, we need you to **complete, sign, and return** the W-9.

In the event the W-9 is not received by «Date» or is submitted *but not properly completed and signed* then your settlement payment may be reduced to $599.00, with no additional payment.

If you would prefer to submit your W-9 information online, please go to www.FrontierTCPASettlement.com and select the W-9 Link at the top of the page.

Sincerely,

**Frontier TCPA Class Action Settlement Administrator**
P.O. Box 43009
Providence, RI 02940-3009




«ClaimID»

FRMDW91



Claim#: FRM - «ClaimID» - «MailRec»

«ClaimID»

# Substitute FORM W-9
# Taxpayer Identification Number Certification

Social Security Number / Taxpayer Identification Number: _____

Exempt Payee Code (if any) _____     Exemption from FATCA reporting code (if any) _____

Check appropriate box for federal tax classification:

☐ Individual  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate  ☐ Other _____
☐ Limited Liability Company - choose tax classification ☐ C Corporation ☐ S Corporation ☐ Partnership

Print your name as it appears on your federal income tax return:

_____
First Name and Last Name, for Individuals. Entity Name for businesses and trusts.

Under penalties of perjury, I certify that:

1. The taxpayer identification number shown on this form is my correct taxpayer identification number, **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person (including a U.S. resident alien), **and**
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Note:** If you have been notified by the IRS that you are subject to backup withholding, you must cross out item 2 above.

Signature of U.S. Person:_____     Date: _____




«ClaimID»          FRMIW91

